# United States Bankruptcy Court
## Northern District of Florida, Gainesville Division

In re    **Prioria Robotics, Inc.**              Case No.   **18-10018**
                                        Debtor(s)              Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS[1]

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Prioria Robotics Holdings, Inc.**<br>**P.O. Box 358920**<br>**Gainesville, FL 32635-8920** | | 100% | |

---

[1] The Debtors were parties to a New Market Tax Credit ("NMTC") transaction. The Debtors executed documents to unwind the transaction, which provide for, among other things, the cancellation of debt owed by PRH to Advantage Capital Florida NMTC Partners, VIII, LLC ("Advantage Capital"). The amount of debt assumes that the NMTC transaction has been unwound.

Sheet 1 of 2 in List of Equity Security Holders

In re: __Prioria Robotics, Inc._____     Case No. _____
                                  Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __1/26/18__                          Signature __[signature]__
                                                    Stephen Turner

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.