# United States Bankruptcy Court
## Northern District of Florida, Gainesville Division

In re  **Prioria Robotics, Inc.**                                    Case No. **18-10018**
                         Debtor(s)                                    Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)[1]

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Prioria Robotics, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Prioria Robotics Holdings, Inc.**
**P.O. Box 358920**
**Gainesville, FL 32635-8920**

☐ None [*Check if applicable*]

**February 5, 2018**                              **/s/ Scott A. Stichter**
Date                                              **Scott A. Stichter 710679 - Florida**
                                                  Signature of Attorney or Litigant
                                                  Counsel for **Prioria Robotics, Inc.**
                                                  **Stichter, Riedel, Blain & Postler, P.A.**
                                                  **110 E. Madison St., Suite 200**
                                                  **Tampa, FL 33602**
                                                  **813-229-0144 Fax:813-229-1811**

---

[1] The Debtors were parties to a New Market Tax Credit ("NMTC") transaction. The Debtors executed documents to unwind the transaction, which provide for, among other things, the cancellation of debt owed by PRH to Advantage Capital Florida NMTC Partners, VIII, LLC ("Advantage Capital"). The amount of debt assumes that the NMTC transaction has been unwound.