UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

In re:	Chapter 11

PRIORIA ROBOTICS, INC.	Case No. 18-10018-KKS

    Debtor.
_____/

**DEBTOR'S MOTION TO CONVERT
CHAPTER 11 CASE TO CASE UNDER CHAPTER 7**

The Debtor, PRIORIA ROBOTICS, INC., by and through its undersigned attorneys, requests that its Chapter 11 Case be converted to a case under Chapter 7, pursuant to §1112(a) of the Bankruptcy Code.

Dated:  February 13, 2018

                                          */s/ Scott A. Stichter*
                                          Scott A. Stichter (FBN 0710679)
                                          Stichter Riedel Blain & Postler, P.A.
                                          110 East Madison Street, Suite 200
                                          Tampa, Florida   33602
                                          Telephone: (813) 229-0144
                                          Email: sstichter@srbp.com
                                          Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Debtor's Motion to Convert Chapter 11 Case to Case Under Chapter 7* has been furnished on this 13th day of February, 2018, by either direct electronic mail or U.S. mail to the 20 Largest Unsecured Creditors and

- Jodi Daniel Cooke    jcooke@srbp.com;jcookeecf@srbp.com;lhathaway@srbp.com, lhathaway@srbp.com;jcooke.ecf@srbp.com
- Charles F. Edwards    charles.edwards@usdoj.gov
- Scott A. Stichter    sstichter.ecf@srbp.com
- United States Trustee    USTPRegion21.TL.ECF@usdoj.gov

        */s/ Scott A. Stichter*
        Scott A. Stichter

```
Label Matrix for local noticing        *3D Systems, Inc                       *Bank of America, Business Card
1129-1                                  P.O. Box 534963                        PO Box 15796,
Case 18-10018-KKS                       Atlanta, GA 30353-4963                 Wilmington, DE 19886-5796
Northern District of Florida
Gainesville
Tue Feb 13 14:27:12 EST 2018

*Christopher L Jacobs                   *City of Gainesville                   *Cushnoc Group, LLC
222 Crooked Tree Trail                  Billing and Collection                 PO Box 498038
Deland, FL 32724-3426                   P.O. Box 490, STA 47                   Cincinnati, OH 45249-7038
                                        Gainesville, FL 32627-0490


(p)DELL FINANCIAL SERVICES              *Demmer Corporation                    *Fidelity Investments
P O BOX 81577                           24830 Network Place                    PO Box 73307
AUSTIN TX 78708-1577                    Chicago, IL 60673-1248                 Chicago, IL 60673-7307



*Florida Dept of Economic Opportunity   *Gilligan, Gooding & Franjola, P.A.    *Global Capital Markets Incorporated
107 East Madison Street                 1531 SE 36th Avenue                    19100 Von Karman Ave, #950
Tallahassee, FL 32399-6508              Ocala, FL 34471-4936                   Irvine, CA 92612-6583



*HSH Analytics LLC                      *Hutchison Law Group                   (p)IPFS CORPORATION
PO Box 676                              3110 Edwards Mill Rd Ste 300           30 MONTGOMERY STREET
Hartwood, VA 22471-0676                 Raleigh, NC 27612-5419                 SUITE 1000
                                                                               JERSEY CITY NJ 07302-3865


*Ramsey UAS Consulting                  *Southern Strategy Group               *UF (MIST) Board of Trustees
6009 Macon Circle                       PO Box 10570                           UF Office of Research
Huntsville, AL 35802-1929               Tallahassee, FL 32302-2570             33 Tigert Hall
                                                                               PO Box 113001
                                                                               Gainesville, FL 32611-3001

*University of Florida Board of Trustees *Wells Fargo Revolving Credit         *WinTec Arrowmaker, Inc.
Contracts and Grants                    PO Box 6426,                           12821 Old Fort Road Suite 302
PO Box 113001                           Carol Stream, IL 60197-6426            Fort Washington, MD 20744-2837
Gainesvile, FL 32611-3001
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
*Dell Business Credit                   *IPFS Corporation                      End of Label Matrix
P.O. Box 5275                           900 Ashwood Parkway Suite 370          Mailable recipients    20
Carol Stream, IL 60197-5275             Atlanta, GA 30338                      Bypassed recipients     0
                                                                               Total                  20
```