Bartos, John  
6130 NW 38th Terrace  
Gainesville, FL 32653

Bishop, Steven  
1013 Wyndham Way  
Safety Harbor, FL 34695

Call, Robert  
13804 NW 146th Ave.  
Alachua, FL 32615

Hatfield, John  
P.O. Box 140944  
Gainesville, FL 32614

Hunt, Jr., Walter Lee  
10207 SW 101st Ave.  
Gainesville, FL 32608

Schonhoff, Randy  
100 Stone Hill Dr.  
Maitland, FL 32751

Strickland, Douglas  
11428 SW Archer Rd.  
Gainesville, FL 32608

Yaw, Boris  
6823 SW 53rd Ave.  
Gainesville, FL 32608