**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re:

PRIORIA ROBOTICS, INC.,                     Chapter 7

        Debtor.                                   CASE NO.: 18-10018-KKS
_____/

## NOTICE OF APPEARANCE

COMES NOW Scott Underwood of the law firm of **BUCHANAN INGERSOLL & ROONEY PC**, and files this Notice of Appearance as counsel for **CONDOR AERIAL, LLC** and hereby requests that copies of all future pleadings and notices that **CONDOR AERIAL, LLC** is entitled to receive be sent to the undersigned:

**SCOTT A. UNDERWOOD, ESQ.**
**Buchanan Ingersoll & Rooney PC**
**SunTrust Financial Centre**
**401 E. Jackson St., Suite 2400**
**Tampa, Florida 33602**
**Tel: (813) 222-1187**
**Fax: (813) 222-8189**
**scott.underwood@bipc.com**

Respectfully submitted,

/s/ Scott A. Underwood
Scott A. Underwood
Florida Bar No. 0730041
Linda J. Z. Young
Florida Bar No: 093160
BUCHANAN INGERSOLL & ROONEY PC
SunTrust Financial Centre
401 E. Jackson St., Suite 2400
Tampa, FL  33602
Tel: (813) 222-8180
Fax: (813) 222-8189
Email:  scott.underwood@bipc.com
        linda.young@bipc.com
*Attorneys for Condor Aerial, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished to those parties registered to receive service via CM/ECF and by U.S. Mail to the following, on March 5, 2018:

*Debtor*
Prioria Robotics, Inc.
P.O. Box 358920
Gainesville, FL 32635-8920

*Counsel for Debtor*
Jodi Daniel Cooke
Stichter Riedel Blain & Postler, P.A.
41 N. Jefferson Street, Suite 111
Pensacola, FL 32501

Scott A. Stichter
Stichter, Riedel, Blain & Postler, P.A.
110 Madison Street, #200
Tampa, FL 33602

*Trustee*
Theresa M. Bender
P.O. Box 14557
Tallahassee, FL 32317

/s/ Scott A. Underwood
Scott A. Underwood
Florida Bar No. 0730041

4832-1783-1774, v. 1