**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re:

PRIORIA ROBOTICS, INC.,                           Chapter 7

      Debtor.                                    CASE NO.: 18-10018-KKS
_____/

### NOTICE OF APPEARANCE

    COMES NOW Linda J. Z. Young of the law firm of **BUCHANAN INGERSOLL & ROONEY PC**, and files this Notice of Appearance as counsel for **CONDOR AERIAL, LLC** and hereby requests that copies of all future pleadings and notices that **CONDOR AERIAL, LLC** is entitled to receive be sent to the undersigned:

**LINDA J. Z. YOUNG, ESQ.**
**Buchanan Ingersoll & Rooney PC**
**SunTrust Financial Centre**
**401 E. Jackson St., Suite 2400**
**Tampa, Florida 33602**
**Tel: (813) 222-3327**
**Fax: (813) 222-8189**
**Linda.young@bipc.com**

Respectfully submitted,

/s/ Linda J. Z. Young
Linda J. Z. Young
Florida Bar No: 093160
Scott A. Underwood
Florida Bar No. 0730041
BUCHANAN INGERSOLL & ROONEY PC
SunTrust Financial Centre
401 E. Jackson St., Suite 2400
Tampa, FL  33602
Tel: (813) 222-8180
Fax: (813) 222-8189
Email: linda.young@bipc.com
       scott.underwood@bipc.com
*Attorneys for Condor Aerial, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished to those parties registered to receive service via CM/ECF and by U.S. Mail to the following, on March 13, 2018:

*Debtor*
Prioria Robotics, Inc.
P.O. Box 358920
Gainesville, FL 32635-8920

*Counsel for Debtor*
Jodi Daniel Cooke
Stichter Riedel Blain & Postler, P.A.
41 N. Jefferson Street, Suite 111
Pensacola, FL 32501
jcooke@srbp.com
jcooke.ecf@srbp.com
lhathaway@srbp.com

Scott A. Stichter
Stichter, Riedel, Blain & Postler, P.A.
110 Madison Street, #200
Tampa, FL 33602
sstichter@srbp.com
sstichter.ecf@srbp.com

*Trustee*
Theresa M. Bender
P.O. Box 14557
Tallahassee, FL 32317
tmbenderch7@yahoo.com
FL62@ecfcbis.com
tbenderassist@yahoo.com
tmbenderch7@ecf.inforuptcy.com

Charles F. Edwards
Assistant United States Trustee
110 East Park Avenue, Suite 128
Tallahassee, FL 32301
Charles.edwards@usdoj.gov
USTPRegion21.TL.ECF@usdoj.gov

/s/ Linda J. Z. Young

          Linda J. Z. Young
          Florida Bar No: 093160

4851-3797-1038, v. 1