UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:                                   Chapter 7

PRIORIA ROBOTICS, INC.,                  CASE NO: 18- 10018-KKS

    Debtor.
_____ /

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel hereby stipulate that Cory S. Simmons and the law firm of Morgan & Morgan, P.A., shall be substituted as counsel of record for **CONDOR AERIAL, LLC** and that Scott A. Underwood and Linda J.Z. Young and the law firm of Buchanan Ingersoll & Rooney, PC shall be relieved of further responsibility in the instant action.

Dated April 3, 2018.

By: *s/ Cory S. Simmons*
   **Cory S. Simmons**
   Florida Bar No. 42301
   **MORGAN & MORGAN, P.A.**
   **Business Trial Group**
   76 South Laura Street, Suite 1100
   Jacksonville, Florida 32202
   Telephone: (904) 361-4417
   Facsimile: (904) 361-4378
   Email: CSimmons@forthepeople.com
   Email: JSantos@forthepeople.com

By: *s/ Scott A. Underwood*
   **Scott A. Underwood**
   Florida Bar No. 0730041
   **Linda J. Z. Young**
   Florida Bar No: 093160
   **BUCHANAN INGERSOLL & ROONEY PC**
   401 E. Jackson St., Suite 2400
   Tampa, FL 33602
   Tel: (813) 222-8180
   Fax: (813) 222-8189
   Email: scott.underwood@bipc.com
   Email: linda.young@bipc.com

## CLIENT AUTHORIZATION

I HEREBY consent to Cory S. Simmons, Esq. and the law firm of Morgan & Morgan, P.A. substituting as counsel of record for **CONDOR AERIAL, LLC.**

By: _[signature]_

Its: CEO

Dated: April 3, 2018

## CERTIFICATE OF SERVICE

I CERTIFY that on April 3, 2018, a true and accurate copy of this filing was filed with the Clerk of Court's e-filing system through which copies are served via email to all counsel of record.

*s/ Cory S. Simmons*
Cory S. Simmons