FORM ntpoclm (Rev. 12/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

| | |
|---|---|
| In Re: Prioria Robotics, Inc.<br>  Tax ID: 45–4044132<br>    Debtor | Bankruptcy Case No.: 18–10018–KKS<br><br>Chapter: 7<br>Judge: Karen K. Specie |

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **July 31, 2018.**

*Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate*.

You may file an electronic version of the Proof of Claim via this Court's website at https://ecf.flnb.uscourts.gov/cgi–bin/autoFilingClaims.pl. Upon completion of the electronic filing process, you will be able to print a PDF version of your claim with a date stamp as proof of filing. To file by mail, the proof of claim form (Official Form 410) may be obtained from the website of the United States Courts at http://www.uscourts.gov/forms/bankruptcy–forms or from any bankruptcy clerk's office. To receive acknowledgement of your filing, you may either enclose a stamped, self–addressed envelope and a copy of your proof of claim or you may access the court's PACER system (https://www.pacer.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| | |
|---|---|
| Dated: April 30, 2018 | FOR THE COURT<br>Traci E. Abrams, Clerk of Court<br>110 E. Park Ave., Ste. 100<br>Tallahassee, FL 32301 |

**Service:** Service by the Court to all creditors and parties in interest