IN THE UNITED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:
PRIORIA ROBOTICS, INC.　　　　　　　　　　CASE NO. 18-10018GVL1
　　　　　　　　　　　　　　　　　　　　　　CHAPTER 7
　　　Debtor.
_____/

**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY AND APPOINT COUNSEL UNDER GENERAL RETAINER *NUNC PRO TUNC* TO 4/27/18 (Doc. #74)**

THIS CAUSE CAME BEFORE THE COURT, upon the Trustee's Application to Employ and Appoint Counsel Under General Retainer *Nunc Pro Tunc* to 4/27/18 (Doc. #74), pursuant to 11 U.S.C, Sections 327 and 328(a), it appearing that the services of an attorney are warranted and will be required to fully administer this case, and it further appearing that THERESA M. BENDER, P.A., is qualified to represent the trustee in this matter, it is:

**ORDERED:**

　　**1.**　　The Application is APPROVED.

　　**2.**　　The Trustee is authorized to employ the above named entity as attorney for the trustee, pursuant to 11 U.S.C, Sections 327 and 328(a), to perform all such legal services as may be necessary in carrying out the trustee's duties in this case.  The Trustee shall not hereafter disburse any monies or transfer any property to the above attorney(s) in satisfaction of legal fees incurred during this case except upon further order of this Court.  Upon completion of his services, the attorney shall apply to the court for an award of attorney's fees.

　　**DONE AND ORDERED** this __18th__ day of __May_____, 20__18__.

　　　　　　　　　　　　　　　　　/s/ Karen K. Specie
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KAREN K. SPECIE.
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Trustee is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) days of entry of the order.

Prepared By:
THERESA M. BENDER
Copies to Interested Parties