UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                      CASE NO.: 18-10018-KKS
                                                            CHAPTER 7
PRIORIA ROBIOTICS, INC.,

    Debtor,
_____/

**APPLICATION OF GILLIGAN, GOODING, FRANJOLA & BATSEL, P.A. FOR PAYMENT OF ADMINISTRATIVE EXPENSE FOR UNPAID LEGAL FEES AND COSTS FOR PROFESSIONAL SERVICES RENDERED TO DEBTOR PRE-PETITION**

Creditor, GILLIGAN, GOODING, FRANJOLA & BATSEL, P.A. ("GGFB"), pursuant to 11. U.S.C. §503, files its Application for Payment of Administrative Expense for Unpaid Legal Fees and Costs for Professional Services Rendered to Debtor Pre-Petition and, in support thereof would show as follows:

1. On November 8, 2019, the Bankruptcy Court entered its *Order Granting Motion for Turnover of Documents and Records* (Doc. 388) pursuant to which GGFB's retaining lien was replaced with the right to file and administrative claim pursuant to 11. U.S.C. §503 for any unpaid fees and costs for professional services rendered to Debtor pre-petition.

2. Attached hereto as Exhibit A is GGFB's Amended Proof of Claim (Claim 34-3) in the amount of $8,266.23 for unpaid fees and costs for professional services rendered to Debtor pre-petition.

3. Copies of all of GGFB's billing records supporting this claim have previously been produced to the Trustee.

WHEREFORE, GGFB requests that this Court allow payment to it in the amount of $8,266.23 for unpaid fees and costs for professional services rendered to Debtor pre-petition.

>GILLIGAN, GOODING, FRANJOLA
>& BATSEL, P.A.
>
>*/s/ George Franjola*
>
>George Franjola Esq.
>Florida Bar Number: 333271
>1531 SE 36th Avenue
>Ocala FL  34471
>Telephone: (352) 867-7707
>Fax: (352) 867-0237
>Email:  gfranjola@ocalalaw.com
>Secondary:  peining@ocalalaw.com
>
>Attorney for Creditor, Gilligan, Gooding, Franjola & Batsel, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Application for Payment of Administrative Expense for Unpaid Legal Fees and Costs for Professional Services Rendered to Debtor Pre-Petition has been furnished via the CM/ECF System to those registered thereto in the above-styled bankruptcy proceeding on this 26th day of December, 2019.

>*/s/ George Franjola*
>George Franjola, Esq.

# EXHIBIT A

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1   Prioria Robotics, Inc. | |
| Debtor 2  (Spouse, if filing) | |
| United States Bankruptcy Court   **Northern District of Florida** | |
| Case number:  **18–10018** | |

**FILED**
U.S. Bankruptcy Court
Northern District of Florida
7/26/2018
**Traci E. Abrams, Clerk**

# Official Form 410
# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Gilligan, Gooding, Franjola & Batsel, P.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor     Gilligan, Gooding & Franjola, P.A.

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Gilligan, Gooding, Franjola & Batsel, P.A.
Name
1531 SE 36th Ave.
OCALA, FL 34471

Contact phone     3528677707
Contact email     gfranjola@ocalalaw.com

Where should payments to the creditor be sent? (if different)
Name

Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing?

Official Form 410                    Proof of Claim                    page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |
| 7. **How much is the claim?** | $  8266.23 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Services performed | |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**   $ _____<br>**Amount of the claim that is secured:**   $ _____<br>**Amount of the claim that is unsecured:**   $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $ _____<br><br>**Annual Interest Rate** (when case was filed)   _____ %<br>☐ Fixed<br>☐ Variable | |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ | |

Official Form 410                                Proof of Claim                                page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | $ |
| | | * Amounts are subject to adjustment on 4/1/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   7/26/2018
                   MM / DD / YYYY

/s/ George Franjola
Signature

Print the name of the person who is completing and signing this claim:

Name   George Franjola
       First name   Middle name   Last name

Title  Secretary

Company
       *Identify the corporate servicer as the company if the authorized agent is a servicer*

Address  1531 SE 36th Ave.
         Number   Street
         OCALA, FL 34471
         City   State   ZIP Code

Contact phone  3528677707        Email  gfranjola@ocalalaw.com

Official Form 410                Proof of Claim                page 3