UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:  CASE NO.: 18-10018-KKS
 CHAPTER 7
PRIORIA ROBIOTICS, INC.,

    Debtor,
_____/

**ORDER APPROVING** *APPLICATION OF GILLIGAN, GOODING, FRANJOLA & BATSEL, P.A., FOR PAYMENT OF ADMINISTRATIVE EXPENSE FOR UNPAID LEGAL FEES AND COSTS FOR PROFESSIONAL SERVICES RENDERED TO DEBTOR PRE-PETITION* **(DOC. 441)**

THIS MATTER is before the Court on the *Application of Gilligan, Gooding, Franjola & Batsel, P.A., for Payment of Administrative Expense for Unpaid Legal Fees and Costs for Professional Services Rendered to Debtor Pre-Petition* (Doc. 441) filed by Creditor Gilligan, Gooding, Franjola & Batsel, P.A. ("GGFB"), which the Court considers a request for approval of an administrative claim, the *Trustee's Objection to Application of Gilligan, Gooding, Franjola & Batsel, P.A., for Payment of Administrative Expenses* (Doc. 454) and the *Verified Response to Trustee's Objection to Application of Gilligan, Gooding, Franjola & Batsel, P.A., for Payment of Administrative Expense* (Doc. 459). Having reviewed the Application, the Objection and the

Verified Response and having heard argument by counsel for GGFB and the Trustee at the hearing held on February 4, 2020, for the reasons stated as announced in open court it is,

**ORDERED:**

The *Application of Gilligan, Gooding, Franjola & Batsel, P.A., for Payment of Administrative Expense for Unpaid Legal Fees and Costs for Professional Services Rendered to Debtor Pre-Petition* (Doc. 441) is **APPROVED** as an administrative claim and shall be paid as part of the Trustee's final distribution of property of the estate pursuant to 11 U.S.C. §726 without prejudice to the Trustee's right to seek equitable subordination pursuant to 11 U.S.C. § 510(c)(1).

DONE AND ORDERED on _____February 14\_\_, 2020.

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Attorney for Gilligan, Gooding, Franjola & Batsel, P.A. is directed to serve a copy of this Order on interested parties and file a certificate of service within three (3) days of entry of this Order.

Prepared by:

George Franjola,
Attorney for Gilligan, Gooding, Franjola & Batsel, P.A.