UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:

Prioria Robotics, Inc.,                           Case No. 18-10018-KKS
                                                  Chapter 7

      Debtor.

_____/

**TRUSTEE'S MOTION FOR APPROVAL
OF COMPROMISE AND SETTLEMENT**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

      **Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).**

      **If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Kevin Forsthoefel, 123 South Calhoun Street, Tallahassee, Florida 32301, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**

      **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

      Plaintiff, Theresa M. Bender, the Chapter 7 Trustee ("Trustee") in the above-captioned proceeding, by and through her undersigned counsel, files this Motion for Approval of a Compromise and Settlement reached with Gilligan,

Gooding, Batsel & Anderson, P.A. f/k/a Gilligan, Gooding, Franjola & Batsel, P.A. (the "Gilligan Law Firm") and George Franjola, individually ("Franjola") arising from the pre-petition professional services provided by the Gilligan Law Firm and Franjola to the Debtor in the case styled *Condor Aerial, LLC v. Prioria Robotics, Inc., Case No. 2015-002544* pending in the Eighth Judicial Circuit in and for Alachua County, Florida. A copy of the Settlement Agreement and Release ("Agreement") is attached as Exhibit A and incorporated herein by reference.

By making this Motion, the Trustee seeks the Court's approval of the terms and conditions of the Agreement. After due notice and upon the Court's approval of the Agreement, the parties shall execute the Agreement and make payment of the settlement proceeds as prescribed in the Agreement.

1.      The Gilligan Law Firm and Franjola provided legal services to the Debtor in the case styled *Condor Aerial, LLC v. Prioria Robotics, Inc.*, Case No. 2015-002544 pending in the Eighth Judicial Circuit in and for Alachua County, Florida. (the "Pre-Petition Action").

2.      On October 3, 2017, the trial court in the Pre-Petition Action entered a default final judgment on a claim for civil theft in favor of Condor Aerial, LLC against Prioria in the amount of $186,000, plus attorney's fees and costs ("Civil Theft Judgment").  Thereafter on January 11, 2018, following a trial by jury, the

trial court entered final judgment on claims for breach of contract and breach of the implied covenant of good faith and fair dealing in favor of Condor Aerial, LLC and against Prioria for $1,338,515.00, plus interest ("Contract Judgment").

3.     As a result of the Civil Theft Judgment and Contract Judgment, Prioria filed for bankruptcy protection.

4.     The Trustee made demand on the Gilligan Law Firm and Franjola related to alleged instances of professional malpractice in its representation of the Debtor in the Pre-Petition Action. The Gilligan Law Firm and Franjola dispute liability.

5.     Franjola and the Gilligan Law Firm filed an unsecured proof of claim (Amended Claim 34-3) in this bankruptcy proceeding in the amount of $8,266.23 for unpaid legal fees and costs for professional services rendered to Prioria pre-petition (the "Franjola Claim"). On February 14, 2020, this Court entered an Order (Doc. 472) approving the Franjola Claim as an administrative claim for unpaid legal fees and costs for professional services rendered to Prioria pre-petition in the amount of $8,266.23 – subject to the Trustee's right to seek equitable subordination of the claim.

6.     At a mediation held on June 19, 2020, the Gilligan Law Firm, Franjola, and the Trustee agreed to resolve any and all claims the Trustee may have

against Gilligan Law Firm and Franjola related to the professional services provided to the Debtor in the Pre-Petition Action and the Franjola claim asserted in this bankruptcy. As set forth in greater detail in the attached Agreement, the Trustee, the Gilligan Law Firm, and Franjola have agreed as follows:

    a)    The Gilligan Law Firm shall pay the Trustee, for the benefit of the Prioria Robotics, Inc. bankruptcy estate, three hundred seventy thousand dollars ($370,000.00) (the "Settlement Proceeds").

    b)    The Gilligan Law Firm and Franjola shall withdraw the Franjola Claim and waive any right to further payment from the Trustee and the Bankruptcy Estate.

    c)    The parties shall execute full mutual releases.

7.    Federal Rule of Bankruptcy Procedure 9019(a) provides that, after notice and a hearing, a court may approve a proposed settlement.

8.    The Eleventh Circuit Court of Appeals has promulgated the following test for approval of a settlement:

    a)    The probability of success in litigation;

    b)    The difficulties, if any, to be encountered in the matter of collection;

c)    The complexity of the litigation involved and the expense, inconvenience, and delay associated therewith; and

d)    The interest of the creditors and a proper deference to their reasonable views regarding the matter.

In re Justice Oaks II, Ltd., 898 F.2d 1544, 1549 (11th Cir. 1990). Pursuant to the standard set forth in Justice Oaks II, the Agreement between the Trustee and the Defendants should be approved.

9.    In light of the high costs of litigation, the time constraints involved, and the risks associated with litigation, the parties have agreed to resolve their dispute as detailed in the Agreement. Final resolution of the Trustee's claims without settlement would involve significant discovery by the Trustee, the Gilligan Law Firm, and Franjola. Thus, the parties anticipate there being considerable expense and delay in continuing to litigate the Trustee's claims.

10.    Finally, the Agreement is in the best interest of the Prioria Robotics, Inc.'s unsecured creditors.  As a result of this Settlement Agreement, the Prioria Robotics, Inc. Estate will realize $370,000 that it may otherwise not have received which will allow the Estate to a pay a larger portion of the Prioria Robotics, Inc.'s unsecured claims. The Trustee also believes it is in the best interest of the unsecured creditors to promptly resolve her claims against the Gilligan Law Firm

and Franjola, distribute proceeds, and move towards closure of the bankruptcy estate.  The immediate settlement of the Trustee's claims will save the bankruptcy estate significant litigation expenses by avoiding further litigation of these matters that may instead be utilized to pay the Prioria Robotics, Inc.'s unsecured creditors.

11.    In sum, the Trustee. the Gilligan Law Firm, and Franjola believe that this settlement is in the best interest of the estate and its unsecured creditors, that this is a fair settlement, and that there is a chance that less could possibly be realized for the bankruptcy estate and its unsecured creditors in further litigating the action.

WHEREFORE, the Chapter 7 Trustee, Theresa M. Bender, prays that the Court enter an order approving the parties' Settlement Agreement and Release and for such other and further relief as is just and proper.

RESPECTFULLY SUBMITTED this 21st day of July, 2020.

*/s/ Kevin A. Forsthoefel*
Kevin A. Forsthoefel
Florida Bar No.  92382
Ausley McMullen
123 South Calhoun Street (32301)
Tallahassee, Florida 32302
(850)224-9115; Fax (850)222-7560
kforsthoefel@ausley.com
*Attorney for Theresa M. Bender,*
*Chapter 7 Trustee*

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the CM/ECF System to those registered thereto in the above-styled bankruptcy proceeding on this 21st day of July, 2020 and the following via electronic notice or by standard first-class mail and to those listed on the attached Mailing Matrix (excluding the aforementioned):

Jodi Daniel Dubose (jdubose@srbp.com)
Theresa M. Bender (tmbenderch7@gmail.com)
Cory Scott Simmons (csimmons@forthepeople.com)
Adrian C. Delancy (adelancy@mrthlaw.com)
Jerry M. Markowitz (jmarkowitz@mrthlaw.com)
Alan R. Rosenberg (arosenberg@mrthlaw.com)
Jacob Aaron Brown (Jacob.brown@akerman.com)
Rebekah Ann Davis (rebekah.davis@deo,myflorida.com; deoservice@deo.myflorida.com)
George Franjola (gfranjola@franjolalaw.com)
Raymond J. Rotella (rrotella@kostoandrotella.com)
James Joseph Webb (jwebb@mitrani.com)
Seldon J. Childers (jchilders@smartbizlaw.com)
Scott A. Stichter (sstichter.ecf@srbp.com)
Ryan C. Reinert (rreinert@shutts.com)
U.S. Trustee Charles F. Edwards (Charles.edwards@usdoj.gov)
John Hatfield, via U.S. Mail at P.O. Box 140944, Gainesville, Florida 32614
Justin Dee, via U.S. Mail at 4127 NW 36th St., Gainesville, Florida 32605
Ashley E. Scannella, via U.S. Mail at 3812 NW 25th Ter., Gainesville, Florida 32605
Susan W. Scannella, via U.S. Mail at 9140 SW 48th Pl. Apt. B, Gainesville, Florida 32608
Randy Schonhoff, via U.S. Mail at P.O. Box 92, Port Royal, South Carolina 29935
John Kent, via U.S. Mail at P.O. Box 447, Jacksonville, Florida 32201
Boris Yaw, via U.S. Mail at 6823 SW 53rd Ave., Gainesville, Florida 32608
U.S. Trustee (USTPRegion21.TL.ECF@usdoj.gov)
Stephen Turner, P.O. Box 358920 Gainesville, Florida 32635
Prioria Robotics, Inc., via U.S. Mail at P.O. Box 358920, Gainesville, Florida 32635-8920
Gilligan, Gooding, Batsel & Anderson, P.A., via U.S. Mail at 1531 SE 36th Ave., Ocala, FL 34471

*/s/ Kevin A. Forsthoefel*
Attorney

7

Label Matrix for local noticing
1129-1
Case 18-10018-KKS
Northern District of Florida
Gainesville
Mon Jul 20 17:07:36 EDT 2020

Ausley McMullen
P.O. Box 391
Tallahassee, FL 32302-0391

Carolina Casualty Insurance Company
c/o Markowitz, Ringel, Trusty&Hartog PA
9130 S. Dadeland Blvd.
Suite 1800
Miami, FL 33156-7858

City of Gainesville
c/o Jacob A. Brown, Esq.
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

Condor Aerial, LLC
c/o Cory S. Simmons
Morgan & Morgan, P.A.
76 South Laura Street, Suite 1100
Jacksonville, FL 32202-5413

Justin Dee
4127 NW 36th St
Gainesville, FL 32605-1444

Florida Department of Economic Opportunity
107 E Madison Street
Caldwell Building
Tallahassee, FL 32399-6545

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Gilligan, Gooding, Franjola & Batsel, P.
Law Office of George Franjola
3610 E. Fort King Street
Ocala, FL 34470-1319

John Hatfield
PO Box 140944
Gainesville, FL 32614-0944

Hutchison Pllc
3110 Edwards Mill Road
Suite 300
Raleigh, NC 27612-5419

John Kent
Marks Gray, P.A.
P.O. Box 447
Jacksonville, FL 32201-0447

Ninth Avenue South Investments, III, LLC
c/o James J. Webb, Esq.
1200 Weston Road
Third Floor
Weston, FL 33326-1987

Novus Capital Group
c/o ChildersLaw, LLC
2135 N.W. 40th Terrace
Suite B
Gainesville, FL 32605-5802

Prioria Robotics, Inc.
P.O. Box 358920
Gainesville, FL 32635-8882

Ashley E Scannella
3812 NW 25th Ter
Gainesville, FL 32605-2278

Susan W Scannella
9140 SW 48th Pl Apt B
Gainesville, FL 32608-8158

Randy Schonhoff
P.O.Box 92
Port Royal, SC 29935-0092

Southeast Community Development Fund, LLC
c/o Mitrani, Rynor, Adamsky & Toland, P.
Attn: James J. Webb
1200 Weston Road, PH
Weston, FL 33326-1987

Stephen M. Turner
c/o Robert J. Powell, Esq.
Clark Partington
PO Box 13010
Pensacola, FL 32591-3010

U.S. Attorney (Tallahassee Office)
111 N. Adams Street
Fourth Floor
Tallahassee, FL 32301-7736

U.S. Securities & Exchange Commission
Atlanta Reg Office and Reorg
950 E Paces Ferry Rd NE Ste 900
Atlanta, GA 30326-1382

WELLS FARGO BANK, N.A.
c/o John Kent
P.O. Box 447
Jacksonville, FL 32201-0447

Wells Fargo Bank, N.A.
c/o John B. Kent
P.O. Box 447
Jacksonville, FL 32201-0447

WinTec Arrowmaker, Inc.
c/o Shutts & Bowen LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

Boris Yaw
6823 SW 53rd Ave
Gainesville, FL 32608-4517

*3D Systems, Inc
P.O. Box 534963
Atlanta, GA 30353-4963

*Ausley & McMullen
c/o Kevin A. Forsthoefel
PO Box 391
Tallahassee, FL 32302-0391

*Bank of America, Business Card
PO Box 15796,
Wilmington, DE 19886-5796

*Carolina Casualty Insurance Company
Adrian Delancy, Esq.
c/o Markowitz, Ringel, Trusty & Hartog
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156-7858

*Carolina Casualty Insurance Company
Alan R. Rosenberg
c/o Markowitz, Ringel, Trusty & Hartog
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156-7858

*Carolina Casualty Insurance Company
Jerry M. Markowitz
c/o Markowitz, Ringel, Trusty & Hartog
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156-7858

*Charles Edwards, Asst. US Trustee
110 East Park Ave., Suite 128
Tallahassee, FL 32301-7728

*Christopher L Jacobs
222 Crooked Tree Trail
Deland, FL 32724-3426

*City of Gainesville
Billing and Collection
P.O. Box 490, STA 47
Gainesville, FL 32627-0490

*Condor Aerial, LLC
c/o Matthew Ceradini
Ceradini Law, PLLC
8480 Honeycutt Road,Suite 200
Raleigh, NC 27615-2261

*Cushnoc Group, LLC
PO Box 498038
Cincinnati, OH 45249-7038

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

*Demmer Corporation
24830 Network Place
Chicago, IL 60673-1248

*Fidelity Investments
PO Box 73307
Chicago, IL 60673-7307

*Florida Dept of Economic Opportunity
107 East Madison Street
Tallahassee, FL 32399-6545

*Gilligan, Gooding & Franjola, P.A.
1531 SE 36th Avenue
Ocala, FL 34471-4936

*Gilligan, Gooding, Franjola & Batsel PA fka
Gilligan, Gooding & Franjola PA
c/o George Franjola, Esq
3610 E. Fort King St.
Ocala, FL 34470-1319

*Gilligan, Gooding, Franjola & Batsel, P.A.
c/o George Franjola, Esq.
1531 SE 36th Ave.
Ocala, FL 34471-4936

*Global Capital Markets Incorporated
19100 Von Karman Ave, #950
Irvine, CA 92612-6583

*HSH Analytics LLC
PO Box 676
Hartwood, VA 22471-0676

*Hutchison Law Group
3110 Edwards Mill Rd Ste 300
Raleigh, NC 27612-5419

(p)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3865

*Jodi Daniel Cooke
Stichter Riedel Blain & Postler, P.A.
41 N. Jefferson Street
Suite 111
Pensacola, FL 32502-5669

*Ramsey UAS Consulting
6009 Macon Circle
Huntsville, AL 35802-1929

*Southeast Community Development Fund I, LLC
c/o James J. Webb, Esq.
1200 Weston Road, Third Floor
Weston, Fl. 33326-1987

*Southern Strategy Group
PO Box 10570
Tallahassee, FL 32302-2570

*UF (MIST) Board of Trustees
UF Office of Research
33 Tigert Hall
PO Box 113001
Gainesville, FL 32611-3001

*University of Florida Board of Trustees
Contracts and Grants
PO Box 113001
Gainesvile, FL 32611-3001

*Wells Fargo Revolving Credit
PO Box 6426,
Carol Stream, IL 60197-6426

*WinTec Arrowmaker, Inc.
12821 Old Fort Road Suite 302
Fort Washington, MD 20744-2837

6009 Macon Circle SE
Huntsville, AL 35802-1929

AT&T / Bellsouth
PO Box 105262
Atlanta, GA 30348-5262

Abdulrahim, Mujahid
13718 NW 30th RD,
Gainesville, FL 32606-9325

Absolute Cleaning Services
10841 NE 105th Avenue
Archer, FL 32618-6841

Advantage Capital
190 Carondelet Plaza, Ste 1500
Clayton, MO 63105-3442

Advantage Capital Community Development Fund
c/o James J. Webb, Esq.
Mitrani, Rynor, Adamsky & Toland, P
1200 Weston Road, Third Floor
Weston, FL 33326-1987

Alachua Tax Collector
5830 NW 34th Blvd.
Gainesvile, FL 32653-2115

Alan R. Rosenberg, Esq.
Markowitz, Ringel, Trusty & Hartog PA
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156-7858

American Matrixx, LLC
PO Box 868
Atlanta, TX 75551-0868

Anthony Martin Spears
716 Long Lake Drive
Oviedo, FL 32765-8557

Ashley Scannella
3812 NW 25th Ter
Gainesville, FL 32605-2278

Athenian Venture Partners III, L.P.
c/o James Webb, Esq.
Mitrani, Rynor, Adamsky & Toland, P
1200 Weston Road, Third Floor
Weston, FL 33326-1987

Ausley & McMullen P.A.
PO Box 391
Tallahassee, FL 32302-0391

Ausley McMullen
123 S. Calhoun St.
Tallahassee, FL 32301-1517

Ausley McMullen
Attn:  James M. Donohue
123 South Calhoun Street
Tallahassee, FL 32301-1517

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

BB&T Commercial Equipment Capital
PO Box 896534
Charlotte, NC 28289-6534

Balboa Capital Corporation
PO BOX 844803
Los Angeles, CA 90084-4803

Blueshift IP, LLC
c/o Analytix Solutions
800 Cummings Park Drive, Ste 2000
Woburn, MA 01801-6351

Bratcher Jr., Walter E
5100 NE 20th Street,
Ocala, FL 34470-1171

Brown, Patricia
4264 SW 22nd Lane, Unit 108
Gainesville, FL 32607-6725

CBIZ
PO Box 72364
Cleveland, OH 44192-0002

CBIZ Benefits & Insurance Services
2797 Frontage Road
Roanoke, VA 24017-1400

CDW Direct
200 N Milwaukee Ave
Vernon Hills, IL 60061-1577

City of Gainesville
c/o Jacob A. Brown, Esq.
Akerman LLP
50 North Laura St., Suite 3100
Jacksonville, FL 32202-3659

City of Gainesville
c/o Katherine C. Fackler, Esq.
Akerman LLP
50 North Laura St., Suite 3100
Jacksonville, FL 32202-3659

Clay Electric Cooperative, Inc.
PO BOX 308
Keystone Heights, FL 32656-0308

Clifton Larson Allen LLP
PO BOX 740863
Atlanta, GA 30374-0863

Condor Aerial, LLC
1012 Village Lake Dr.
Monroe, NC 28110-9663

Condor Aerial, LLC
c/o Ceradini Law, PLLC
8480 Honeycutt Road, Ste. 200,
Raleigh, NC 27615-2261

CopyFax Inc. of Gainesville
605 NW 53rd Avenue Suite B
Gainesville, FL 32609-1000

Dee, Justin
4127 NW 36th ST,
Gainesville, FL 32605-1444

Deltek, Inc.
PO Box 79581
Baltimore, MD 21279-0581

Douglas Strickland
11428 SW Archer Rd.
Gainesville, FL 32608-6141

EAN Services, LLC
c/o Mary E. Bushyhead
14002 E 21st St, Suite 1500
Tulsa, OK 74134-1424

Enterprise Holdings, Inc
PO Box 402383
Atlanta, GA 30384-2383

Fibrtec
1000 Progress Drive
Atlanta, TX 75551-7049

Florida Pest Control
116 NW 16th Ave
Gainesville, FL 32601-3799

Franker, Bryan P
3381 Shinnecock Lane,
Green Cove Springs, FL 32043-8246

Gainesville Area Chamber of Commerce
300 E Univeristy Ave Ste 100
Gainesvile, FL 32601-3433

Gainesville Council
for Economic Outreach
300 E Univeristy Ave Ste 100
Gainesvile, FL 32601-3460

Gainesville Regional Utilities
P.O. Box 147051
Gainesville, FL 32614-7051

Gainesville Regional Utilities
c/o Jacob A. Brown, Esq.
Akerman LLP
50 N. Laura St., Suite 3100
Jacksonville, FL 32202-3659

Gilligan, Gooding, Franjola & Batsel, P.A.
1531 SE 36th Ave.
Ocala, FL 34471-4936

Gilligan, Gooding, Franjola & Batsel, P
1531 SE 36th Ave.
OCALA, FL 34471-4936

Grzywna, Jason
3902 SW 97th Dr,
Gainesville, FL 32608-4667

Gunderson Dettmer
1200 Seaport Blvd
Redwood City, CA 94063-5537

Hertz Corporation
PO Box 121124
Dallas, TX 75312-1124

Hutchison PLLC
c/o J. Scott Merrell, Esq.
3110 Edwards Mill Road
#300
Raleigh, NC 27612-5419

Insperity Time and Attendance
P.O. Box 846055
Dallas, TX 75284-6055

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

J. D. Rentals
P. O. Box 188
Worthington Springs, FL 32697-0188

James J. Webb, Esq.
MITRANI, RYNOR, ADAMSKY & TOLAND, P.A.
1200 Weston Road, Third Floor
Weston, Fl. 33326-1987

James Webb
1200 Weston Road
Third Floor
Weston, FL 33326-1987

Jason Grzywna
325 Marlborough St
Boston, MA 02116-1608

Jerry M. Markowitz, Esq.
Markowitz, Ringel, Trusty & Hartog PA
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156-7858

John Bartos
6130 NW 38th Terrace
Gainesville, FL 32653-8377

LES-QUE TWO, Inc.
P.O. Box 22
Worthington Springs, FL 32697-0022

Lee, Devron H
14709 Summer Rose Way,
Fort Myers, FL 33919-6950

Lind, Richard
13145 SW 2nd Avenue
Newberry, FL 32669-3069

Martin Simpson
8005 SW 47th Court
Gainesville, FL 32608-4477

Matthew Freedman
1101 30th Street NW, Suite 500
Washington, DOC 20007-3772

McGurn Investment Company
101 SE 2nd Place, #202
Gainesville, FL 32601-6592

Molloy, Richard
Florida Gulfshore Capital
2640 Golden Gate Parkway #105
Naples, FL 34105-3200

Morgan, John
429 W Maxwell St,
Lakeland, FL 33803-2170

Mouser Electronics
PO Box 99319
Fort Worth, TX 76199-0319

Mujahid Abdulrahim
13718 NW 30th RD
Gainesville, FL 32606-9325

Mungas, Christopher D
10351 Valley Drive,
Plymouth, CA 95669-9522

National Defense Industrial Association
2101 Wilson Boulevard, Suite 700
Arlington, VA 22201-3060

Novus Capital Group, LLC
c/o Jack M. Ross, Esq.
4046 Newberry Rd.
Gainesville, FL 32607-2343

Office of the United States Trustee
110 E. Park Avenue, Suite 128
Tallahassee, FL 32301-7728

Optum Bank
PO Box 60099,
Newark, NJ 07101-8055

Patel, Darsan
7128 SW 80th Ter,
Gainesville, FL 32608-8412

Patel, Darsan
7128 SW 80th Terrace
Gainesville, FL 32608-8412

Personnel Security Management, Inc
337 Spry Island Road
Joppa, MD 21085-5425

Pillsbury Winthrop Shaw Pittman LLP
PO Box 601240
Charlotte, NC 28260-1240

Principal Financial Group
PO Box 10372
Des Moines, IA 50306-0372

Rebekah Ann Davis
Florida Depart. of Economic Opportunity
107 E Madison Street
Caldwell Building
Tallahassee, FL 32399-6545

Renaissance Printing
4130 NW 16th Blvd
Gainesville, FL 32605-3506

Rhoads & Reed, PLLC
504 A Street, SE
Washington, DC 20003-1139

Rhoads & Reed PLLC
9920 Summerwood Dr.
Manassas, VA 20111-4398

Robert Call
13804 NW 146th Ave.
Alachua, FL 32615-6211

Robert Plotkin, PC
800 West Cummings Park , #2000
Woburn, MA 01801-6351

Robert Reynolds Call
13804 NW 146th Ave.
Alachua, FL 32615-6211

STEPHEN M. TURNER
2236 NW 7th LANE
GAINESVILLE, FL 32603-1109

Samtec
3837 Reliable Parkway
Chicago, IL 60686-0038

Scannella, Ashley
3812 NW 25th Ter,
Gainesville, FL 32605-2278

Scannella, Susan
9140 SW 48th Place Apt B,
Gainesville, FL 32608-8158

SimplexGrinnell
50 Technology Drive, Attn: Bankruptcy
Westminster, MA 01441-0001

Slack, Elliot M
10351 Valley Drive,
Plymouth, CA 95669-9522

Southeast Community Development Fund I, LLC
c/o Jack M. Ross, Esq.
Mitrani, Rynor, Adamsky & Toland, P
1200 Weston Road, Third Floor
Weston, FL 33326-1987

Southeast Community Development Fund II, LLC
c/o James J. Webb, Esq.
Mitrani, Rynor, Adamsky & Toland, P
1200 Weston Road, Third Floor
Weston, FL 33326-1987

Southern Export Services, Inc
5192 Southridge Parkway Suite 109
College Park, GA 30349-5914

Spears, Anthony
716 Long Lake Drive,
Oviedo, FL 32765-8557

Staples
Dept ATL P.O. Box 405386
Atlanta, GA 30384-5386

State of Florida - Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

Stephen Meuse, LLC
50 Langdon Ave
Watertown, MA 02472-1404

Steven Bishop
1013 Wyndham Way
Safety Harbor, FL 34695-5627

Sunburst Electronics
PO Box 3428
Erie, PA 16508-0428

Susquehanna Commercial Finance, Inc.
2 Country View Rd., #300
Malvern, PA 19355-1408

Tallahasse Community College
75 College Drive, Suite 204
Havana, FL 32333-7615

Taurus Engineering
1375 Willow Lake Blvd
St Paul, MN 55110-5275

The Cushnoc Group, LLC
9380 Montgomery Road, Suite 206
Cincinnati, OH 45242-7756

Thomas, Gene
P.O. Box 468,
Worthington Springs, FL 32697-0468

Turner, Stephen
2236 NW 7th LN,
Gainesville, FL 32603-1109

Tyco- Simplex Grinnell
Dept. CH 10320
Palatine, IL 60055-0320

UF Research FDT
288 Grinter Hall
PO Box 115500
Gainesville, FL 32611-5500

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

University of Florida Research Foundation, I
President-UFRF
Univ. of FL, P.O. Box 115500
Gainesville, FL 32611-5500

Virginia Polytechnic Institute
Office of Sponsored Programs
300 Turner Street, Suite 4200
Blacksburg, VA 24061-6100

WCA Waste Corporation
PO Box 553166
Detroit, MI 48255-3166

WELLS FARGO BANK N.A.
SMALL BUSINESS LENDING DIVISION
PO BOX 29482
PHOENIX, AZ 85038-9482

Walter Lee Hunt Jr
8452 Summer Breeze Pl
Manassas, VA 20112-2741

Walter Lee Hunt, Jr.
10207 SW 101st Ave.
Gainesville, FL 32608-6094

WebBank
6440 S. Wasatch Blvd., #300
Salt Lake City, UT 84121-3518

Weibley, Nate
3425 NW 10th Ave,
Gainesville, FL 32605-4916

Westin Hotels & Resorts
801 N Glebe Road
Arlington, VA 22203-1825

White, Jordan
7866 SW 82nd Dr,
Gainesville, FL 32608-9523

White, Jordan L.
7866 SW 82nd Dr
Gainesville, FL 32608-9523

Wininger, Steven D
5427 E 3rd Street,
Tucson, FL 85711-1331

c/o Linda Young, Esq.
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236

da Frota, Bryan S
3925 NW 23rd Ter,
Gainesville, FL 32605-1689

United States Trustee +
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Theresa M. Bender +
P.O. Box 14557
Tallahassee, FL 32317-4557

Charles F. Edwards +
Office of U.S. Trustee
110 East Park Avenue
Suite 128
Tallahassee, FL 32301-7728

Scott A. Stichter +
Stichter, Riedel, Blain & Postler, P.A.
110 Madison Street, #200
Tampa, FL 33602-4718

Jeff Sessions +
Office of the Attorney General
Main Justice Bldg., Rm. 511
Tenth & Constitution
Washington, DC 20530-0001

Secretary of the Treasury +
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

Jacob Aaron Brown +
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

Internal Revenue Service +
P.O. Box 7346
Philadelphia, PA 19101-7346

Jodi Daniel Dubose +
Stichter Riedel Blain & Postler, P.A.
41 N. Jefferson Street
Suite 111
Pensacola, FL 32502-5669

Seldon J. Childers +
ChildersLaw, LLC
2135 N.W. 40th Terrace
Suite B
Gainesville, FL 32605-5802

Robert James Powell +
Clark Partington Hart
P. O. Box 13010
Pensacola, FL 32591-3010

Raymond J. Rotella +
Kosto & Rotella P.A.
PO Box113
Orlando, FL 32802-0113

Kevin A. Forsthoefel +
Ausley & McMullen, P.A.
PO Box 391
Tallahassee, FL 32302-0391

Ryan C Reinert +
4301 W. Boy Scout Blvd.
Suite 300
Tampa, FL 33607-5716

James Joseph Webb +
Mitrani, Rynor, Adamsky & Toland
1200 Weston Road
Third Floor
Weston, FL 33326-1987

Cory Scott Simmons +
Morgan & Morgan, PA
191 Peachtree St NE
SUITE 4200
Atlanta, GA 30303-1748

Alan R Rosenberg +
Markowitz, Ringel, Trusty & Hartog PA
9130 S. Dadeland Blvd.
Suite 1800
Miami, FL 33156-7858

Jerry M Markowitz +
Markowitz, Ringel, Trusty & Hartog PA
9130 S. Dadeland Blvd.
Suite 1800
Miami, FL 33156-7858

Adrian C Delancy +
Markowitz, Ringel, Trusty & Hartog PA
9130 S. Dadeland Blvd.
Suite 1800
Miami, FL 33156-7858

George Franjola +
Law Office of George Franjola
3610 E. Fort King Street
Ocala, FL 34470-1319

Matthew Ceradini +
Ceradini Law, PLLC
8480 Honeycutt Road
Suite 200
Raleigh, NC 27615-2261

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

*Dell Business Credit
P.O. Box 5275
Carol Stream, IL 60197-5275

*IPFS Corporation
900 Ashwood Parkway Suite 370
Atlanta, GA 30338

BB&T Bankruptcy
100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Stichter Riedel Blain & Postler, P.A.

(d)*City of Gainesville
c/o Jacob A. Brown, Esq.
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

(d)*Condor Aerial, LLC
c/o Cory S. Simmons
Morgan and Morgan, P.A.
76 South Laura Street, Suite 1100
Jacksonville, FL 32202-5413

(d)*Ninth Avenue South Investments, III, LLC
c/o James J. Webb, Esq.
1200 Weston Road
Third Floor
Weston, FL 33326-1987

(d)*Novus Capital Group
c/o ChildersLaw, LLC
2135 N.W. 40th Terrace, Suite B
Gainesville, FL 32605-5802

(d)*Stephen M. Turner
c/o Robert J. Powell, Esq.
Clark Partington
PO Box 13010
Pensacola, FL 32591-3010

(d)*WinTec Arrowmaker, Inc.
c/o Shutts & Bowen LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

(d)Boris Yaw
6823 SW 53rd Ave.
Gainesville, FL 32608-4517

(d)Dell Financial Services, L.L.C.
P.O. Box 81577
Austin, TX 78708-1577

(u)Florida Department of Economic Opportunity

(d)John Hatfield
P.O. Box 140944
Gainesville, FL 32614-0944

(d)Justin Dee
4127 NW 36th Street
Gainesville, FL 32605-1444

(d)Ninth Avenue South Investments III, Inc.
c/o James J. Webb, Esq.
1200 Weston Road, Third Floor
Weston, FL 33326-1987

(d)Randy Schonhoff
P.O. Box 92
Port Royal, SC 29935-0092

(d)SUSAN W. SCANNELLA
9140 SW 48th PL APT B
Gainesville, FL 32608-8158

(d)WinTec Arrowmaker, Inc.
c/o Shutts & Bowen LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

(d)Theresa M. Bender +
P.O. Box 14557
Tallahassee, FL 32317-4557

(d)Rebekah Ann Davis +
Florida Depart. of Economic Opportunity
107 E Madison Street
Caldwell Building
Tallahassee, FL 32399-6545

End of Label Matrix
Mailable recipients   199
Bypassed recipients    18
Total                 217

## SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT AND RELEASE (the Agreement") is entered on the dates stated below by and among (i) Theresa M. Bender, Chapter 7 Trustee of the Estate of Prioria Robotics, Inc. (Case No. 18-10019) (hereafter "Bender"); and (ii) George Franjola and the Law Firm of Gilligan, Gooding, Franjola & Batsel, P.A., n/k/a Gilligan, Gooding, Batsel & Anderson, P.A. (collectively "GGBA").

### Recitals

A. WHEREAS, GGBA represented Prioria Robotics, Inc. ("Prioria") in *Prioria Robotics, Inc. v. Condor Aerial, LLC and Fred Culbertson*, Alachua County, Florida Circuit Court Case No. 2015-0002544;

B. WHEREAS, Prioria filed for Chapter 11 bankruptcy protection in the case styled *In re Prioria Robotics, Inc.*, Bankr. Case No. 18-10018 (Bankr. N.D Fla.) which has subsequently converted to a Chapter 7 bankruptcy (the "Prioria Bankruptcy");

C. WHEREAS, Bender has been appointed as the Chapter 7 Trustee in the Prioria Bankruptcy;

D. WHEREAS, Bender made a prelitigation demand against GGBA stated in Legal Malpractice ("Malpractice Dispute");

E. WHEREAS, Bender and GGBA desire to avoid the expense of prolonged litigation by settling the Malpractice Dispute;

F. WHEREAS, GGBA disputes liability in the Malpractice Dispute and does not admit liability by agreeing to settle this matter;

Page **2** of **4**

G.  WHEREAS, GGBA filed an unsecured proof of claim (Amended Claim 34-3) in the Prioria Bankruptcy in the amount of $8,266.23 for unpaid legal fees and costs for professional services rendered to Prioria pre-petition (the "GGBA Claim"); and

H.  WHEREAS, on February 14, 2020, the Bankruptcy Court in the Prioria Bankruptcy entered an Order (Doc. 472) approving the GGBA Claim as an administrative claim for unpaid legal fees and costs for professional services rendered to Prioria pre-petition in the amount of $8,266.23.

NOW, THEREFORE, in consideration of the premises, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound, hereby agree as follows:

1.  The parties agree that the above recitals are true and correct.

2.  Within 10-days of the date of the approval of this Agreement by the Bankruptcy Court in the Prioria Bankruptcy, GGBA and/or its insurers shall pay to the Trustee, in her capacity as Trustee for the Prioria Robotics, Inc. bankruptcy estate, a lump sum payment of $370,000 (USD) (the "Settlement Amount"). The Settlement Amount shall be payable in U.S. Dollars by wire transfer, attorneys' trust account check, or other form of immediately available funds, to Ausley McMullen Trust Account, and forwarded to Ausley McMullen, 123 South Calhoun Street, Tallahassee, Florida 32301, Attn: Kevin A. Forsthoefel.

3.  **Bender Release**.  Upon receipt of the Settlement Amount, Bender, on behalf of Prioria and all of its shareholders, officers, members, directors, employees, successors, predecessors, subsidiaries, parent companies, and agents, releases and forever discharges GGBA, including its employees, agents, directors, members, shareholders, affiliates, predecessors,

- 2 -

successors, subsidiaries, parents, and insurers (including Verus Underwriting Managers and Berkley Assurance Company) from any claims, common law torts, statutory torts, economic damages, non-economic damages, compensation, punitive damages, attorney's fees, costs, interest, or any other form of equitable or legal relief which Bender and Prioria have or may assert from the beginning of time to the date of this Release.

3.    **GGBA Release.** Upon the Trustee's receipt of the Settlement Amount, GGBA and all of its shareholders, officers, members, directors, employees, successors, predecessors, subsidiaries, parent companies, and agents, releases and forever discharges Bender and Prioria, including their employees, agents, directors, members, shareholders, affiliates, predecessors, successors, subsidiaries, parents, attorneys, and insurers from any claims, common law torts, statutory torts, economic damages, non-economic damages, compensation, punitive damages, attorney's fees, costs, interest, or any other form of equitable or legal relief which GGFB have or may assert from the beginning of time to the date of this Release.

4.    **GGBA .** Within 10-days of the date of the approval of this Agreement by the Bankruptcy Court in the Prioria Bankruptcy, GGBA shall file a notice of withdrawal of the GGBA Claim and agrees that by withdrawing the claim GGBA is no longer (1) the holder of a claim in the Prioria Bankruptcy; (2) an interested party in the Prioria Bankruptcy; and (3) entitled to any future payment from Bender or the Prioria Bankrupty estate.

5.    **Attorneys' Fees and Costs.** Each party hereto shall bear all attorneys' fees and costs arising from the actions of their own counsel in connection with the Prioria Bankruptcy; this Agreement, and all matters and documents referred to herein.

Page **4** of **4**

6.    This Agreement may be executed in one or more counterparts, each of which, taken together, shall be deemed an original.

7.    Each party to this Agreement hereby represents and warrants that it has legal authority to enter this Agreement, that the person executing this Agreement on behalf of the party is authorized to do so, and that the Agreement shall be binding and enforceable when duly executed and delivered by both parties.

IN WITNESS WHEREOF, the undersigned has executed this Agreement.

Dated: July _____, 2020

By:_____
     THERESA M. BENDER, Chapter 7 Trustee

Dated: July _____, 2020

By:_____
     GEORGE FRANJOLA, Individually

Dated: July _/7_, 2020

By:_____
     Gilligan, Gooding, Batsel & Anderson, P.A.

_____
Printed Name, Title

- 4 -

Page **4** of **4**

6.    This Agreement may be executed in one or more counterparts, each of which, taken together, shall be deemed an original.

7.    Each party to this Agreement hereby represents and warrants that it has legal authority to enter this Agreement, that the person executing this Agreement on behalf of the party is authorized to do so, and that the Agreement shall be binding and enforceable when duly executed and delivered by both parties.

IN WITNESS WHEREOF, the undersigned has executed this Agreement.

Dated: July ___, 2020

By:_____
THERESA M. BENDER, Chapter 7 Trustee

Dated: July _____, 2020

By:_____
GEORGE FRANJOLA, Individually

Dated: July _____, 2020

By:_____
Gilligan, Gooding, Batsel & Anderson, P.A.

_____
Printed Name, Title

- 4 -

Page **4** of **4**

6.    This Agreement may be executed in one or more counterparts, each of which, taken together, shall be deemed an original.

7.    Each party to this Agreement hereby represents and warrants that it has legal authority to enter this Agreement, that the person executing this Agreement on behalf of the party is authorized to do so, and that the Agreement shall be binding and enforceable when duly executed and delivered by both parties.

IN WITNESS WHEREOF, the undersigned has executed this Agreement.

Dated: July _____, 2020

By:_____
THERESA M. BENDER, Chapter 7 Trustee

Dated: July _1 7_, 2020

By:_____
GEORGE FRANJOLA, Individually

Dated: July _____, 2020

By:_____
Gilligan, Gooding, Batsel & Anderson, P.A.

_____
Printed Name, Title

- 4 -