UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:
Prioria Robotics, Inc.,                              Case No. 18-10018-KKS
                                                     Chapter 7

     Debtor.
_____/

**ORDER GRANTING TRUSTEE'S MOTION FOR
APPROVAL OF COMPROMISE AND SETTLEMENT (Doc. 499)**

This cause came before the Court on the Chapter 7 Trustee Theresa M. Bender's Motion for Approval of Compromise and Settlement (Doc. 499) (the "Motion") with Gilligan, Gooding, Batsel & Anderson, P.A. f/k/a Gilligan, Gooding, Franjola & Batsel, P.A. and George Franjola filed pursuant to the negative notice procedure set forth in the Northern District of Florida's Local Bankruptcy Rule 2002-2. No party filed an objection within the time permitted, so the Court considers the matter to be unopposed. Therefore, it is

ORDERED:

1. The Agreed Motion is **GRANTED**.

2. The terms of the Settlement Agreement and Release between the Trustee, Gilligan, Gooding, Batsel & Anderson, P.A. f/k/a Gilligan, Gooding, Franjola & Batsel, P.A., and George Franjola as described in the Motion and set forth in the Settlement Agreement attached thereto, are approved.

DONE AND ORDERED this  August 19, 2020                .

Karen K. Specie
United States Bankruptcy Judge

Service Instructions: Kevin A. Forsthoefel, Attorney for the Chapter 7 Trustee, Theresa M. Bender, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of the entry of this Order.

Copies to:
 Jodi Daniel Dubose (jdubose@srbp.com)
 Theresa M. Bender (tmbenderch7@gmail.com)
 Cory Scott Simmons (csimmons@forthepeople.com)
 Adrian C. Delancy (adelancy@mrthlaw.com)
 Jerry M. Markowitz (jmarkowitz@mrthlaw.com)
 Alan R. Rosenberg (arosenberg@mrthlaw.com)
 Jacob Aaron Brown (Jacob.brown@akerman.com)
 Rebekah Ann Davis (rebekah.davis@deo,myflorida.com; deoservice@deo.myflorida.com)
 George Franjola (gfranjola@ocalalaw.com)
 Raymond J. Rotella (rrotella@kostoandrotella.com)
 James Joseph Webb (jwebb@mitrani.com)
 Seldon J. Childers (jchilders@smartbizlaw.com)
 Scott A. Stichter (sstichter.ecf@srbp.com)
 Ryan C. Reinert (rreinert@shutts.com)
 U.S. Trustee Charles F. Edwards (Charles.edwards@usdoj.gov)
 Robert Powell (rpowell@clarkpartington.com)
 John Hatfield, via U.S. Mail at P.O. Box 140944, Gainesville, Florida 32614
 Justin Dee, via U.S. Mail at 4127 NW 36th St., Gainesville, Florida 32605
 Ashley E. Scannella, via U.S. Mail at 3812 NW 25th Ter., Gainesville, Florida 32605
 Susan W. Scannella, via U.S. Mail at 9140 SW 48th Pl. Apt. B, Gainesville, Florida 32608
 Randy Schonhoff, via U.S. Mail at P.O. Box 92, Port Royal, South Carolina 29935
 John Kent, via U.S. Mail at P.O. Box 447, Jacksonville, Florida 32201
 Boris Yaw, via U.S. Mail at 6823 SW 53rd Ave., Gainesville, Florida 32608
 U.S. Trustee (USTPRegion21.TL.ECF@usdoj.gov)
 Prioria Robotics, Inc., via U.S. Mail at P.O. Box 358920, Gainesville, Florida 32635-8920

Prepared by:

Kevin A. Forsthoefel
Ausley McMullen
123 Calhoun St.
Tallahassee, FL 32301