IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br>PRIORIA ROBOTICS, INC.<br><br>Debtor(s) | CASE NO. 18-10018GVL1 KKS<br><br>CHAPTER 7 |

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on April 25, 2022. If checks are not cashed within 90 days by the creditors, all remaining funds will be deposited into the registry of the Court pursuant to F.R.B.P. 3009.

Dated: April 25, 2022            /s/ Theresa M. Bender, Trustee
                                 Theresa M. Bender, Trustee, Trustee
                                 Tmbenderch7@gmail.com
                                 Post Office Box 14557
                                 Tallahassee, FL  32317
                                 (850) 205-7777

TRUSTEE'S FINAL DIVIDENDS

BALANCE ON HAND $ 362,919.62

SECURED CLAIMS TIMELY FILED:

| Claim # | Creditor | Allowed | Dividend |
|---|---|---|---|
| 47 | Alachua Tax Collector | 10,508.52 | 10,508.52 |

REMAINING BALANCE ON HAND $ 352,411.10

CHAPTER 7 ADMINISTRATIVE EXPENSES §507(a)(1):

| | Dividend |
|---|---|
| Theresa M. Bender, Trustee, Trustee Expenses | 1,026.56 |
| THOMSON BROCK LUGER & CO, Accountant for Trustee Expenses (Other Firm) | 224.04 |
| THERESA M. BENDER, P.A., Attorney for Trustee Fees (Trustee Firm) | 23,275.00 |
| THOMSON BROCK LUGER & CO, Accountant for Trustee Fees (Other Firm) | 2,631.65 |
| Theresa M. Bender, Trustee, Trustee Compensation | 50,913.02 |
| City of Gainesville, Admin. Rent (post-petition storage fees, leases, etc.) | 5,000.00 |
| Office of the United States Trustee (ADMINISTRATIVE), U.S. Trustee Quarterly Fees | 325.00 |

REMAINING BALANCE ON HAND $ 269,015.83

CHAPTER 11 ADMINISTRATIVE EXPENSES §507(a)(1):

| Claim # | Creditor | Requested | Allowed | Dividend |
|---|---|---|---|---|
|  | STICHTER, RIEDEL, BLAIN & POSTLER, P.A. Attorney for Trustee/D-I-P Expenses (Other Firm) (Chapter 11) | 3,782.14 | 3,782.14 | 3,782.14 |
|  | STICHTER, RIEDEL, BLAIN & POSTLER, P.A. Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11) | 16,937.00 | 16,937.00 | 16,937.00 |
| 40 | City of Gainesville Admin. Rent (post-petition storage fees, leases, etc.) (Chapter 11) | 8,913.00 | 8,913.00 | 8,913.00 |

REMAINING BALANCE ON HAND $ 239,383.69

UNSECURED CLAIMS FOR WAGES, SALARIES OR COMMISSIONS §507(a)(3): Dividend 100.00%

| Claim # | Creditor | Allowed | Dividend |
|---|---|---|---|
|  | U.S. TREASURY | 5,303.17 | 5,303.17 |
|  | U.S. TREASURY | 1,830.87 | 1,830.87 |
|  | U.S. TREASURY | 25,253.12 | 25,253.12 |
| 1 | Anthony Martin Spears | 6,547.16 | 6,547.16 |
| 8 | Brown, Patricia | 5,767.72 | 5,767.72 |
| 14 | White, Jordan | 6,577.05 | 6,577.05 |
| 15 | John Hatfield | 4,425.57 | 4,425.57 |
| 17P | Jason Grzywna | 9,553.97 | 9,553.97 |
| 20P | Robert Reynolds Call | 9,553.97 | 9,553.97 |
| 21 | JM PARTNERS, LLC | 7,149.03 | 7,149.03 |
| 26P | Walter Lee Hunt Jr | 9,553.97 | 9,553.97 |
| 36P | SUSAN W. SCANNELLA | 9,553.97 | 9,553.97 |
| 37P | STEPHEN M. TURNER | 9,553.97 | 9,553.97 |
| 42 | Ashley Scannella | 5,719.59 | 5,719.59 |
| 43 | Justin Dee | 6,327.04 | 6,327.04 |
| 44 | Boris Yaw | 3,595.42 | 3,595.42 |

| | | REMAINING BALANCE ON HAND | $ 113,118.10 |

UNSECURED CLAIMS OF GOVERNMENTAL UNITS AS SPECIFIED IN §507(a)(8): Dividend 100.00%

| Claim # | Creditor | Allowed | Dividend |
|---|---|---:|---:|
| | U.S. TREASURY | 1,830.87 | 1,830.87 |
| | U.S. TREASURY | 5,442.87 | 5,442.87 |
| | U.S. TREASURY | 5,303.17 | 5,303.17 |
| | Florida Department of Revenue | 105.34 | 105.34 |
| 28 | State of Florida - Department of Revenue | 728.00 | 728.00 |

REMAINING BALANCE ON HAND   $ 99,707.85

UNSECURED CLAIMS TIMELY FILED §726(a)(2): Dividend 2.16%

| Claim # | Creditor | Allowed | Dividend |
|---|---|---:|---:|
| 2 | EAN Services, LLC | 5,358.87 | 115.50 |
| 3 | Rhoads & Reed PLLC | 14,726.25 | 317.40 |
| 5 -2 | Internal Revenue Service | 0.00 | 0.00 |
| 6 | WELLS FARGO BANK N.A. | 21,365.76 | 460.51 |
| 9 | *Demmer Corporation | 19,242.00 | 414.74 |
| 10 | WinTec Arrowmaker, Inc. | 17,496.00 | 377.10 |
| 11 | Southern Export Services, Inc | 2,076.10 | 44.75 |
| 12 | University of Florida Research Foundation, Inc. | 11,234.50 | 242.14 |
| 13 | CBIZ Benefits & Insurance Services | 318.26 | 6.86 |
| 16 | 6009 Macon Circle SE | 18,000.00 | 387.97 |
| 17U | Jason Grzywna | 38,681.12 | 833.72 |
| 18 | SimplexGrinnell | 101.55 | 2.19 |
| 19 | Ausley McMullen | 1,975.00 | 42.57 |
| 20U | Robert Reynolds Call | 42,150.00 | 908.49 |
| 22 -2 | da Frota, Bryan S | 43,782.86 | 943.68 |
| 23 | Robert Call-DUPLICATE OF POC #20 | 0.00 | 0.00 |
| 24 | Florida Department of Economic Opportunity-AMEND BY #25 | 0.00 | 0.00 |
| 25 | *Florida Dept of Economic Opportunity | 172,800.00 | 3,724.47 |
| 26U | Walter Lee Hunt Jr | 15,571.42 | 335.62 |
| 27U | Novus Capital Group, LLC | 301,710.26 | 6,502.95 |
| 29 | Athenian Venture Partners III, L.P. | 180,000.00 | 3,879.65 |
| 30 | Ninth Avenue South Investments III, Inc. | 555,000.00 | 11,962.27 |
| 31 | Southeast Community Development Fund I, LLC | 74,849.00 | 1,613.27 |
| 32 | Southeast Community Development Fund II, LLC | 294,004.00 | 6,336.85 |
| 33 | Advantage Capital Community Development Fund Missi | 42,963.00 | 926.01 |
| 34 -3 | *Gilligan, Gooding, Franjola & Batsel, P.A. | 0.00 | 0.00 |
| 35 -2 | Condor Aerial, LLC | 1,795,549.97 | 38,700.63 |
| 36U | SUSAN W. SCANNELLA | 1,377.00 | 29.68 |
| 37U | STEPHEN M. TURNER | 38,333.80 | 826.23 |
| 38 | Gainesville Regional Utilities | 6,915.61 | 149.06 |
| 39 | The Cushnoc Group, LLC | 38,394.00 | 827.53 |
| 40 | City of Gainesville | 481,348.80 | 10,374.82 |
| 41 | McGurn Investment Company | 38,050.44 | 820.13 |
| 45 | Hutchison PLLC | 352,658.14 | 7,601.06 |

REMAINING BALANCE ON HAND   $ 0.00